# First District Court of Appeal
## State of Florida

_____

No. 1D17-3934

_____

L.P., father of Y.P., A Child,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

June 7, 2018

Per Curiam.

    Affirmed.

Wolf, Jay, and Winsor, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

L.P., pro se, Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville; David P. Krupski, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.